# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

 **vs.**         **Civil Action 2:07-CV-213**
              **Judge Marbley**
              **Magistrate Judge King**

**JOEL C. STRAKER, *et al.*,**

   **Defendants.**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

  IT IS ORDERED AND ADJUDGED That pursuant to the June 17, 2008 Opinion and Order, the Plaintiff's motion for summary judgment is GRANTED.  Judgment is entered in favor of the United States and against defendant Joel C. Straker.  This action is hereby DISMISSED.

Date: **June 17, 2008**         **James Bonini, Clerk**

                       s/Betty L. Clark
                     Betty L. Clark/Deputy Clerk